October 24, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

HOWARD REGINALD WILLIS, Appellant

NO. 14-15-00913-CV                    V.

LOLA E. WILLIS, Appellee

_____

This cause, an appeal from the judgment signed September 16, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to delete Section 22 of the judgment and to delete any award of spousal maintenance. We order the judgment of the court below **AFFIRMED** except as modified in this judgment.    For good cause, we order appellant Howard Reginald Willis to pay all costs incurred in this appeal. We further order this decision certified below for observance.